**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: OLGA KOSICK, | : | Chapter 7 |
| Debtor | : | Case No. 5-09-bk-05446 |

| | | |
|---|---|---|
| **WILLIAM G. SCHWAB, Trustee for the Estate of Olga Kosick,** | : : | |
| Plaintiff | : | Adversary No. 5-10-ap-00141 |
| vs. | : | |
| **METROPOLITAN LIFE INSURANCE COMPANY,** | : : | |
| Defendant | : | |

**NOTICE**

Notice is hereby given that Adam R. Weaver, Esquire, of William G. Schwab and Associates, Attorney for Trustee, has filed an Application to settle the Complaint against Metropolitan Life Insurance Company. The Trustee wishes to settle the matter for the amount of $16,789.22 with the funds being split equally between the Debtor and the bankruptcy estate. Any funds previously paid to the Debtor by the Defendant in the amount of $880 shall be deducted from her portion of funds turned over to the Trustee. The Bankruptcy Estate will receive $9,224.61 as its share of the settlement proceeds from the Defendant and the Debtor will receive $7,564.61 upon administration of the estate as her share based on the Stipulation between the Trustee and the Debtor approved by this Court on December 10, 2009.

Copies of all Applications are on file with the Clerk of the Bankruptcy Court.

Objections to any of the above settlements must be written in writing and filed with the Clerk of the United States Bankruptcy Court, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701 within twenty-three (23) days of the date of this Notice with a copy served on the attorney for the Trustee at the address below. If no objections are filed, an appropriate Order may be entered. If Objections are filed, a Hearing will be held on June 16, 2010 at 9:30 am at 197 South Main Street, Wilkes-Barre, Pennsylvania 18701.

ADAM R. WEAVER, ESQUIRE
William G. Schwab & Associates
P.O. Box 56
Lehighton, PA 18235