# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CHAPTER 7

    KOSICK, OLGA

DEBTOR/S  BANKRUPTCY NO. 5-09-05446

### UNITED STATES TRUSTEE'S STATEMENT OF REVIEW OF FINAL REPORT, APPLICATION FOR COMPENSATION, AND PROPOSED DISTRIBUTION OF PROPERTY OF THE ESTATE

The United States Trustee has reviewed and has no objection to (i) the Trustee's Final Report and Account on the Administration of the Estate and final Application for Compensation, and (ii) the Trustee's Proposed Distribution of Property of the Estate, all of which documents have been filed in the above referenced case.

    ROBERTA A. DeANGELIS
    UNITED STATES TRUSTEE

    ANNE K. FIORENZA
    ASSISTANT UNITED STATES TRUSTEE

Dated: JULY 26, 2010  By: /s/ Brenda D. Gish
    Brenda D. Gish
    Paralegal Specialist
    Office of the U.S. Trustee
    228 Walnut Street, Room 1190
cc: WILLIAM G. SCHWAB, Trustee     P.O. Box 969
w/ original bank statements and checks     Harrisburg, PA 17101
    (717) 221-4515

    TFR